# STATE OF LOUISIANA

# COURT OF APPEAL, FIRST CIRCUIT

PRESTON G. DEMOUCHETTE, JR.

VERSUS

LOUISIANA DEPARTMENT OF
PUBLIC SAFETY AND
CORRECTIONS

NO.   2023 CW 0788

**SEPTEMBER 25, 2023**

---

In Re:   Preston  G.  Demouchette,  Jr.,  applying  for  supervisory
         writs,  19th  Judicial  District  Court,  Parish  of  East
         Baton Rouge, No. 734672.

---

**BEFORE:   GUIDRY, C.J., CHUTZ AND LANIER, JJ.**

    **WRIT  GRANTED  IN  PART  WITH  ORDER  AND  DENIED  IN  PART.**
Relator,  Preston  G.  Demouchette,  Jr.,  included  in  his  writ
application a letter dated July 25, 2023 from the district court
clerk advising that it was unable to process his pleadings due
to a lack of funds, noting the pauper motion was denied by the
judge.   However, the clerk's office has advised that the pauper
motion  has  not  yet  been  acted  on  by  the  district  court.
Accordingly,  we  grant  this  writ  application  in  part  with
instructions to the district court to rule on the pauper motion
filed by relator, Preston G. Demouchette, Jr., on or before
October 25, 2023.   In all other respects, this writ application
is denied.

                             **JMG**
                             **WRC**
                             **WIL**

COURT OF APPEAL, FIRST CIRCUIT

*a.s.w*

DEPUTY CLERK OF COURT
   FOR THE COURT